Buford VAN METER, Appellant,

v.

Irvin RODGERS et al., Appellees.

Court of Appeals of Kentucky.

Jan. 20, 1961.

Ben B. Fowler, Frankfort, for appellant.

Allen Prewitt, Frankfort, Jo M. Ferguson, Atty. Gen., for appellees.

PER CURIAM.

The trial court held that a parcel of land covered by appellant's deed was a public road. He appeals. Upon examination of the record we find no reversible error.

The motion for appeal is therefore overruled and the judgment is affirmed.